REDACTED



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

MAR 2 3 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No.  1:22-CR-*14* |
| | ) | Violations: |
| DEANDRE T. GARY | ) | 18 U.S.C. §§ 922(a)(6), 924(a)(2) |
| | ) | and 2; |
| | ) | 18 U.S.C. §§ 922(d)(1), 924(a)(2) |
| | ) | and § 2; and |
| | ) | 18 U.S.C. §§922(n), 924(a)(1)(D) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about July 8, 2021, in the Northern District of Indiana

DEANDRE T. GARY,

defendant herein, in connection with the acquisition of a firearm from ZX Gun,

Inc., a licensed dealer of firearms within the meaning of Chapter 44 of Title 18,

United States Code, knowingly aided in the making of a false and fictitious

statement ZX Gun, Inc., which statement was intended and likely to deceive,

ZX Gun, Inc. as to a fact material to the lawfulness of such sale of the firearm

under Chapter 44 of Title 18, United States Code, in that defendant provided

money to another individual for the purpose of purchasing a firearm and

completing a 4473 form for the purchase representing that she was the actual

purchaser of the firearm, knowing that information to be false;

All in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2), and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>

On or about July 8, 2021, in the Northern District of Indiana,

DEANDRE T. GARY,

defendant herein, did knowingly aid in disposing of any firearm to a person

knowing and having reasonable cause to believe that such person had been

convicted in any court of a crime punishable by imprisonment for a term

exceeding one year;

All in violation of 18 U.S.C. §§ 922(d)(1), 924(a)(2) and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 3</u>

On or about July 8, 2021, in the Northern District of Indiana,

DEANDRE T. GARY,

defendant herein, knowing he was under indictment for a crime punishable by

imprisonment for a term exceeding one year, to wit:

> On February 25, 2021, DEANDRE T. GARY, was charged in the Allen
> Superior Court, State of Indiana, case number 02D04-2102-F6-267, with
> Auto Theft and Resisting Law Enforcement, level 6 felonies;

did willfully attempt to receive and did receive a firearm, and the firearm was

in and affecting commerce;

All in violation of 18 U.S.C. § 922(n) and 924(a)(1)(D).

A TRUE BILL

_____/s/ Foreperson_____
Foreperson


CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY


_____/s/ Stacey R. Speith_____
By:   Stacey R. Speith
Assistant United States Attorney